JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNDERPRICED AUTO SALES LLC,<br>a California Limited Liability<br>Company, and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. EDCV 18-816-MWF (KKx)<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT UNDERPRICED AUTO SALES LLC** |

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Plaintiff Samuel Love's Application for Default Judgment by Court Against Underpriced Auto Sales LLC, and Request to Affix Fees ("Application"). (Docket No. 14).

Defendant Underpriced Auto Sales LLC was regularly served with process, failed to plead or otherwise defend this action, and its default was entered on July

1

23, 2018. (Docket No. 12). Plaintiff has requested judgment against the defaulted Defendant. The Court has considered Plaintiff's Application and supporting papers.

Good cause appearing pursuant to Rules 54 and 55 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Plaintiff and against Defendant as follows:

(1) Defendants shall bring the premises of 822 West Valley Boulevard, Bloomington, California into compliance with the Americans with Disabilities Act Accessibility Guidelines by providing compliant van-accessible parking; and

(2) Defendant is liable to Plaintiff in the total amount of $9,042.50, $4,000 of which consists of statutory damages under the Unruh Civil Rights Act, and $5,042.50 of which consists of costs and attorneys' fees.

Dated: October 1, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge